LAW OFFICE OF ERIC HONIG
Eric Honig - CA Bar No. 140765
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
Telephone: (310) 699-8051
Fax: (310) 943-2220

Attorney for Claimant
AVI & CO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>$246,000 SEIZED FROM SIGNATURE BANK ACCOUNT '5022, et al,<br>Defendants. | Case No. 2:20-cv-09701-FLA-JPR<br>**ANSWER**<br>[Demand for Jury Trial] |

Claimant AVI & CO hereby answers the Verified Complaint for Forfeiture as follows:

1. Answering Paragraph 1 of the Complaint, Claimant admits the complaint seeks civil forfeiture of the defendant funds pursuant 18 U.S.C. §§981(a)(1)(C), but denies there is a basis for forfeiture of the funds.

2. Answering Paragraph 2 of the Complaint, Claimant admits there is federal question jurisdiction, but denies that the defendant funds are subject to forfeiture.

3. Answering Paragraph 3 of the Complaint, Claimant admits the allegation contained therein.

4. Answering Paragraph 4 of the Complaint, Claimant admits the allegation contained therein.

5. Answering Paragraph 5 of the Complaint, Claimant admits the allegations contained therein.

6. Answering Paragraph 6 of the Complaint, Claimant lacks sufficient information to justify a belief as to the allegations contained therein, and therefore denies those allegations.

7. Answering Paragraph 7 of the Complaint, Claimant lacks sufficient information to justify a belief as to the allegations contained therein, and therefore denies those allegations.

8. Answering Paragraph 8 of the complaint, Claimant lacks sufficient information to justify a belief as to the allegations regarding the extent of the interests of parties other than themselves, and therefore denies the allegations as to those other parties.

9. Answering Paragraph 9 of the complaint, Claimant lacks sufficient information to justify a belief as to the allegations therein, and therefore denies those allegations.

10. Answering Paragraph 10 of the complaint, Claimant lacks sufficient information to justify a belief as to the allegations therein, and therefore denies those allegations.

11. Answering Paragraph 11 of the complaint, Claimant lacks sufficient information to justify a belief as to the allegations therein, and therefore denies those allegations.

12. Answering Paragraph 12 of the complaint, Claimant lacks sufficient information to justify a belief as to the allegations therein, and therefore denies those allegations.

13. Answering Paragraph 13 of the complaint, Claimant lacks sufficient information to justify a belief as to the allegations contained therein, and therefore denies those allegations.

14. Answering Paragraph 14 of the complaint, Claimant lacks sufficient

information to justify a belief as to the allegations contained therein, and therefore denies those allegations.

15. Answering Paragraph 15 of the complaint, Claimant lacks sufficient information to justify a belief as to the allegations contained therein, and therefore denies those allegations.

16. Answering Paragraph 16 of the complaint, Claimant lacks sufficient information to justify a belief as to the allegations contained therein,

17. Answering Paragraph 17 of the complaint, Claimant lacks sufficient information to justify a belief as to the allegations contained therein, and therefore denies those allegations.

18. Answering Paragraph 18 of the complaint, Claimant lacks sufficient information to justify a belief as to the allegations contained therein, and therefore denies those allegations.

19. Answering Paragraph 19 of the complaint, Claimant lacks sufficient information to justify a belief as to the allegations contained therein, and therefore denies those allegations.

20. Answering Paragraph 20 of the complaint, Claimant lacks sufficient information to justify a belief as to the allegations contained therein, and therefore denies those allegations.

21. Answering Paragraph 21 of the complaint, Claimant lacks sufficient information to justify a belief as to the allegations contained therein, and therefore denies those allegations.

22. Answering Paragraph 22 of the complaint, Claimant lacks sufficient information to justify a belief as to the allegations contained therein, and therefore denies those allegations.

23. Answering Paragraph 23 of the complaint, Claimant lacks sufficient information to justify a belief as to the allegations contained therein, and therefore denies those allegations.

24. Answering Paragraph 24 of the complaint, Claimant lacks sufficient information to justify a belief as to the allegations contained therein, and therefore denies those allegations.

25. Answering Paragraph 25 of the complaint, Claimant lacks sufficient information to justify a belief as to the allegations contained therein, and therefore denies those allegations.

26. Answering Paragraph 26 of the complaint, Claimant lacks sufficient information to justify a belief as to the allegations contained therein, and therefore denies those allegations.

27. Answering Paragraph 27 of the complaint, Claimant lacks sufficient information to justify a belief as to the allegations contained therein, and therefore denies those allegations.

28. Answering Paragraph 28 of the complaint, Claimant admits that the transfers described therein were made by M.M.

29. Answering Paragraph 29 of the complaint, Claimant admits that the transfers described therein were made by M.M.

30. Answering Paragraph 30 of the complaint, Claimant lacks sufficient information to justify a belief as to the accuracy of the allegations contained therein, and therefore denies those allegations.

31. Answering Paragraph 31 of the complaint, Claimant lacks sufficient information to justify a belief as to the accuracy of the allegations contained therein, and therefore denies those allegations.

32. Answering Paragraph 32 of the complaint, Claimant lacks sufficient information to justify a belief as to the accuracy of the allegations contained therein, and therefore denies those allegations.

33. Answering Paragraph 33 of the complaint, Claimant lacks sufficient information to justify a belief as to the accuracy of the allegations contained therein, and therefore denies those allegations.

34. Answering Paragraph 34 of the complaint, Claimant denies the allegations contained therein.

FIRST AFFIRMATIVE DEFENSE

35. Any and all searches and seizures of the defendant funds from Claimant were in violation of the Fourth Amendment to the United States Constitution.

SECOND AFFIRMATIVE DEFENSE

36. The provisions of the forfeiture statute are unconstitutional as applied to the defendant funds in this case based upon the Eighth Amendment to the United States Constitution and *18 U.S.C. §983(g)*, which prohibit excessive fines.

THIRD AFFIRMATIVE DEFENSE

37. The defendant funds are not subject to forfeiture because if any illegal acts were committed, they were without the knowledge and consent of Claimant, and Claimant is an innocent owner pursuant to *18 U.S.C. §983(d).*

FOURTH AFFIRMATIVE DEFENSE

38. The Complaint fails to state a claim upon which relief may be granted.

WHEREAS, the answering party Claimant respectfully prays:

a. That Plaintiff United States of America take nothing by the Complaint;

b. That the defendant funds be returned to the Claimant forthwith;

c. For attorney's fees and costs pursuant to 28 U.S.C. §2465(b); and

d. For such other and further relief as the Court deems just and proper.

DATED: February 1, 2021 Respectfully submitted,

LAW OFFICE OF ERIC HONIG

/s/ Eric Honig

ERIC HONIG
Attorneys for Claimant AVI & CO

**DEMAND FOR JURY TRIAL**

Claimant hereby demands a trial by jury for all claims and causes of action for which it is entitled to a jury trial.

DATED: February 1, 2021

Respectfully submitted,

LAW OFFICE OF ERIC HONIG

/s/ Eric Honig

ERIC HONIG
Attorneys for Claimant AVI & CO