JS-6

**CC: FISCAL**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>$246,000 SEIZED FROM SIGNATURE BANK ACCOUNT ‘5022, et al.,<br>Defendants. | Case No. 2:20-cv-09701-FLA (JPRx)<br><br>ORDER GRANTING STIPULATION AND REQUEST FOR CONSENT JUDGMENT [DKT. 43] |

Plaintiff, the United States of America ("the government" or "Plaintiff"), and claimant Avi & Co. NY Corp. ("Claimant") have made a stipulated request for the entry of this Consent Judgment.

The court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this court. Claimant has filed a claim and an answer.

2. The government has not received any other claims or answers, and the time for filing claims and answers has expired. The court has jurisdiction over the parties and Defendants $246,000.00 seized from Signature Bank account ending '5022 and $41,928.00 seized from Signature Bank account ending '0520 (collectively, the "Defendant Funds").

3. Claimant has agreed to the forfeiture of $257,928.00 of the Defendant Funds. Any potential claimants to the Defendant Funds other than Claimant are deemed to have admitted the allegations of the complaint. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimant, nor should this consent judgment be admitted in any criminal proceeding against Claimant to prove any of the facts relied upon to establish reasonable cause for the seizure of the Defendant Funds.

4. $30,000.00 of the Defendant Funds, without interest, shall be released to Claimant through its counsel.

5. If the government elects to make the payment of $30,000.00 by check, the check shall be payable to the "Law Offices of Eric Honig Client Trust Account," and mailed to Claimant in care of its attorney, Mr. Eric Honig, at P.O. Box 10327, Marina Del Rey, CA, 90295. If the government elects to make the payment by wire transfer, the funds shall be wire transferred to the Law Offices of Eric Honig Client Trust Account. Upon request from the government, Claimant, through counsel, shall provide identifiers and/or the necessary bank information to complete the transfer.

6. The remaining $257,928.00 of the Defendant Funds, together with all interest earned by the government on the total amount of Defendant Funds, is hereby forfeited to the government, and no other right, title, or interest shall exist therein. The government shall dispose of the forfeited property in accordance with law.

7. The court finds that there was reasonable cause for the seizure of the Defendant Funds and the institution of this action.

8. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

9. Each of the parties shall bear its own fees and costs incurred in connection with this action.

10. On September 16, 2021, the court ordered the government to submit a brief by October 1, 2021, detailing how it intends to dispose of the remaining Defendant Funds, together with all interest earned by the government. Dkt. 44. The government filed its response on September 23, 2021, stating that it received a petition for remission from the victim, M.M., which was sent to the seizing agency. Dkt. 46 ¶ 8. According to the government, the

seizing agency has completed its investigation and recommended M.M.'s petition be granted. *Id.* ¶ 9.

11. The government further states its counsel, on behalf of the United States Attorney for the Central District of California, will recommend to the Money Laundering and Asset Recovery Section ("MLARS") that M.M.'s petition be granted. *Id.* ¶ 10.

12. Having reviewed the government's response, the court concurs with the aforementioned recommendation and encourages MLARS to grant M.M.'s petition and to remit all of the remaining Defendant Funds to M.M.

IT IS SO ORDERED.

**CC: FISCAL**

Dated: September 27, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge